UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHARITY ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-01273-PP |
| STANDARD INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Charity Alexander, and Defendant, Standard Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated: this 30th day of January, 2023.

Submitted for Approval:

HAWKS QUINDEL, S.C.

By: /s/ *Jessa L. Victor*
Jessa L. Victor, WI State Bar No. 1099144
Email: jvictor@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

*Counsel for Plaintiff*

SMITH | VON SCHLEICHER + ASSOCIATES

By: /s/ *Jacqueline J. Herring*
Jacqueline J. Herring,
Illinois Bar No. 6282246
Email: jackie.herring@svs-law.com
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
Telephone: 312/541-0300
Facsimile: 312/541-0933

*Counsel for Defendant*